No. 75–6275.  OLDEN v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 75–5687.  WALKER v. UNITED STATES;
No. 75–5696.  ROBERSON v. UNITED STATES; and
No. 75–5828.  DUNCAN ET AL. v. UNITED STATES. C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and MR. JUSTICE POWELL would grant certiorari.